```
                    FILED
           CLERK, U.S. DISTRICT COURT

                 8/1/2025

          CENTRAL DISTRICT OF CALIFORNIA
          BY: ____MMC____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR   2:25-CR-00630-FLA |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1071: Harboring and Concealing a Person from Arrest] |
| GERONIMO REYNA, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1071]

On or about June 12, 2025 in Los Angeles County, within the Central District of California, and elsewhere, defendant GERONIMO REYNA harbored and concealed Elpidio Reyna, a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Elpidio Reyna, after notice and knowledge of the fact that a warrant

//

//

and process had been issued for the apprehension of Elpidio Reyna, and which warrant had been issued on a felony charge.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

JASON A. GORN
Assistant United States Attorney
Transnational Organized Crime Section